UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLITA C. OBMERGA, | No. C 11-03151 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on October 14, 2011, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **November 4, 2011, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on October 14, 2011, for failure to comply with the Court's Order dated June 24, 2011, and for failure to prosecute this action. A case management conference is also scheduled for November 4, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 18, 2011

JOSEPH C. SPERO
United States Magistrate Judge