United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOLITA C. OBMERGA, ET AL.,

        Plaintiff(s),

    v.

WELLS FARGO BANK,

        Defendant(s).

_____/

Case No.  C11-03151 JCS

**ORDER DENYING PLAINTIFF'S SUBSTITUTION OF ATTORNEY [Docket No. 17]**

On January 19, 2012, Counsel Kenneth Avelino filed a Substitution of Attorney.

IT IS HEREBY ORDERED that the Substitution of Attorney is DENIED. The substitution is not signed by the clients Lolita Obmerga and Filipino Obmerga and no address has been provided for these clients.

IT IS SO ORDERED.

Dated:  January 31, 2012

_____

JOSEPH C. SPERO
United States Magistrate Judge