**United States District Court**
For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    LOLITA C. OBMERGA, ET AL.,              Case No.  C11-03151 JCS
8              Plaintiff(s),
                                            **ORDER DENYING PLAINTIFF'S**
9        v.                                 **SUBSTITUTION OF ATTORNEY [Docket**
                                            **No. 17]**
10   WELLS FARGO BANK,
11             Defendant(s).
     _____/
12
13       On January 19, 2012, Counsel Kenneth Avelino filed a Substitution of Attorney.
14       IT IS HEREBY ORDERED that the Substitution of Attorney is DENIED. The substitution is
15   not signed by the clients Lolita Obmerga and Filipino Obmerga and no address has been provided
16   for these clients.
17       IT IS SO ORDERED.
18
19   Dated:  January 31, 2012
20                                          _____
                                            JOSEPH C. SPERO
21                                          United States Magistrate Judge
22
23
24
25
26
27
28