| | |
|---|---|
| 1 | DONALD J. QUERIO (State Bar No. 54367) |
| | MARK I. WRAIGHT (State Bar No. 228303) |
| 2 | MEGAN E. GRUBER (State Bar No. 246122) |
| | SEVERSON & WERSON |
| 3 | A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, CA  94111 |
| | Telephone:  (415) 398-3344 |
| 5 | Facsimile:  (415) 956-0439 |
| 6 | Attorneys for Defendants |
| | WELLS FARGO BANK, doing business as |
| 7 | AMERICA'S SERVICING COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLITA C. OBMERGA, an individual, FILIPINO N. OBMERGA, an individual, | Case No.: C11-03151 |
| Plaintiffs, | **JOINT STIPULATION TO DISMISS ACTION** |
| vs. | |
| AMERICA'S SERVICING COMPANY, NDEX WEST, LLC; WELLS FARGO BANK; and DOES 1 to 20, inclusive,, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs LOLITA C. OBMERGA and FILIPINO N. OBMERGA and defendant WELLS FARGO BANK, doing business as AMERICA'S SERVICING COMPANY, through their respective undersigned counsel of record, hereby stipulate as follows:

The entire action is hereby dismissed with prejudice.  Each party shall bear their own costs and attorneys' fees incurred in this action.

07685/0502/2157013.1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 13, 2012 | **SEVERSON & WERSON**<br>A Professional Corporation |
| 3 | | |
| 4 | | By: /s/ *Megan E. Gruber*<br>Megan E. Gruber |
| 5 | | Attorneys for Defendant<br>WELLS FARGO BANK, doing business |
| 6 | | as AMERICA'S SERVICING<br>COMPANY |
| 7 | | |
| 8 | | |
|  | DATED: March 13, 2012 | **AVELINO LAW FIRM** |
| 9 | | |
| 10 | | By: /s/ *Kenneth A. Avelino*<br>Kenneth A. Avelino |
| 11 | | Attorney for Plaintiffs<br>LOLITA C. OBMERGA and FILIPINO N. |
| 12 | | OBMERGA |
| 13 | | |
| 14 | | By: [signature]<br>Filipino Obmerga<br>Plaintiff |
| 15 | | |
| 16 | | By: Lolita C. Obmerga<br>Lolita Obmerga |
| 17 | | Plaintiff |
| 18 | | |
| 19 | | |
| 20 | IT IS SO ORDERED: | |
|  |         14 | |
| 21 | DATED: March 13, 2012 | [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero] |
| 22 | | UNITED STATES ~~DISTRICT~~ JUDGE<br>MAGISTRATE |

07685/0502/2157013.1

- 2 -

JOINT STIPULATION TO DISMISS
Case No. C11-03151