| | |
|---|---|
| 1 | DONALD J. QUERIO (State Bar No. 54367) |
| 2 | MARK I. WRAIGHT (State Bar No. 228303) |
|   | MEGAN E. GRUBER (State Bar No. 246122) |
| 3 | SEVERSON & WERSON |
|   | A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA 94111 |
| 5 | Telephone: (415) 398-3344 |
|   | Facsimile: (415) 956-0439 |

Attorneys for Defendants
WELLS FARGO BANK, doing business as
AMERICA'S SERVICING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLITA C. OBMERGA, an individual, FILIPINO N. OBMERGA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICA'S SERVICING COMPANY, NDEX WEST, LLC; WELLS FARGO BANK; and DOES 1 to 20, inclusive,,<br><br>Defendants. | Case No.: C11-03151<br><br>**JOINT STIPULATION TO DISMISS ACTION** |

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs LOLITA C. OBMERGA and FILIPINO N. OBMERGA and defendant WELLS FARGO BANK, doing business as AMERICA'S SERVICING COMPANY, through their respective undersigned counsel of record, hereby stipulate as follows:

The entire action is hereby dismissed with prejudice. Each party shall bear their own costs and attorneys' fees incurred in this action.

07685/0502/2157013.1

1
2  DATED: March 13, 2012                    SEVERSON & WERSON
                                            A Professional Corporation
3
4                                           By:/s/ *Megan E. Gruber*
                                               Megan E. Gruber
5                                              Attorneys for Defendant
                                               WELLS FARGO BANK, doing business
6                                              as AMERICA'S SERVICING
                                               COMPANY
7
8
   DATED: March 13, 2012                    AVELINO LAW FIRM
9
10                                          By:/s/ *Kenneth A. Avelino*
                                               Kenneth A. Avelino
11                                             Attorney for Plaintiffs
                                               LOLITA C. OBMERGA and FILIPINO N.
12                                             OBMERGA
13
                                            By: [signature]
14                                             Filipino Obmerga
                                               Plaintiff
15
16                                          By: *Lolita C. Obmerga*
                                               Lolita Obmerga
17                                             Plaintiff
18
19
   IT IS SO ORDERED:
20
               14
21 DATED: March ~~13~~, 2012
                                            [seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]
22                                          _____
                                            UNITED STATES ~~DISTRICT~~ JUDGE
                                                                    MAGISTRATE
23
24
25
26
27
28 07685/0502/2157013.1

                                    - 2 -
                                                        JOINT STIPULATION TO DISMISS
                                                        Case No. C11-03151